IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John T. Moore, | : | Case No.: 06-68266 |
| Plaintiff, | : | |
| vs. | : | |
| American Standard, Inc., d/b/a Westinghouse Air Brake Co., et al., | : | |
| Defendant. | : | |

## MOTION FOR DISMISSAL

Plaintiff by and through counsel, moves this Court to enter an Order dismissing his Petition for Damages, without prejudice, against Defendants Owens-Illinois, Inc. and Vapor, a Brunswick Company, with each party to bear their own costs.

Respectfully Submitted

By:   /s/Kip A. Harbison

Kip A. Harbison, Esq.
GLASSER & GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510

SO ORDERED

_____
Eduardo C. Robreno,
United States District Judge

_____7/29/10_____
Date